DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD BLOCK,**
Appellant,

v.

**MIDWEST ONE BANK,**
Appellee.

No. 4D2025-2121

[April 30, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Reid Parker Scott, II, Judge; L.T. Case No. 502024CA008105XXXAMB.

Richard Block, Delray Beach, pro se.

Christopher D. Donovan of Donovan Appellate Law, PLLC, Estero, and Paul Anthony Giordano of Roetzel & Andress, Fort Myers, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***